# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW PLASENCIA,<br><br>         Plaintiff,<br><br>         v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION,<br><br>         Defendant. | Case No. ED CV 09-1125 FMO<br><br>**JUDGMENT** |

Pursuant to the Court's Order of Remand and the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation of Remand"), IT IS ADJUDGED that the above-captioned action is remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings consistent with the Stipulation of Remand, filed on December 18, 2009.

Dated this 28th day of December, 2009.

                                                                         /s/<br>
                                              Fernando M. Olguin<br>
                                          United States Magistrate Judge