# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MATTHEW PLASENCIA,        )    NO. ED CV 09-1125 FMO
                  )
        Plaintiff,    )
                  )
       v.        )    **JUDGMENT**
                  )
MICHAEL J. ASTRUE,      )
COMMISSIONER OF SOCIAL  )
SECURITY ADMINISTRATION, )
                  )
        Defendant.   )
_____ )

**IT IS ADJUDGED** that plaintiff's counsel be awarded attorney's fees and costs in the amount of Four-Thousand, Two-Hundred and Twelve dollars and eight cents (**$4,212.08**) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

Dated this 20th day of April, 2010.

                                     /s/
                               Fernando M. Olguin
                        United States Magistrate Judge